June 2, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ERC MIDSTREAM LLC AND MARK HUTCHINSON, Appellants

NO. 14-15-00189-CV             V.

AMERICAN MIDSTREAM PARTNERS, LP, AMERICAN MIDSTREAM GP, LLC, HIGH POINT INFRASTRUCTURE PARTNERS, LLC, HPIP GONZALEZ HOLDINGS, LLC AND BRIAN BIERBACH, Appellees

_____

This cause, an appeal from the order granting special appearance of appellee, Brian Bierbach, signed February 23, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the order granting special appearance of the court below **REVERSED** as to appellants ERC Midstream and Mark Hutchison's fraud claim and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Brian Bierbach.

We further order this decision certified below for observance.